# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2649

_____

SHARONDA RIVERS,

   Appellant,

   v.

BRITE HOUSES LLC
PATRICIA GETFORD,

   Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Toby S. Monaco, Judge.

October 3, 2018

PER CURIAM.

Upon consideration of Appellant's response to the Court's order of July 3, 2018, the Court has determined that it lacks jurisdiction over this appeal. Appellant seeks review of an order titled Final Order Granting Defendants' Motion for Directed Verdict. The order is neither a final order, nor an appealable non-final order. Although it concludes that Appellant has failed to state a cause of action on claims of breach of contract and fraud, the order directs that the jury be instructed to return a verdict in favor of the defendants on those causes of action. It does not enter judgment or otherwise dispose of the pending action.

Appellees' motion to dismiss, filed on June 27, 2018, is denied.

WOLF, KELSEY, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Sharonda Rivers, pro se, Appellant.

Robert W. Bauer and Maria Perez Youngblood of The Law Office of Robert W. Bauer, P.A., Gainesville, for Appellees.